.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                       No. 2:06-cv-0329-MCE-JFM

      Plaintiff,

  v.                                    **ORDER RE: SETTLEMENT AND DISPOSITION**

BONFARE MARKETS, INC.,
HARMINDER FLORA, PARMJIT
FLORA each individually and
dba BONFARE MARKET, and DOES
1 through 10, inclusive,

      Defendants.
_____/

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 21, 2006.

///
///
///
///
///

1  Failure to comply with this Order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this Order.
4  IT IS SO ORDERED.
5 DATED: March 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE